1034

No. 77–639. CITY OF HARTFORD ET AL. v. TOWN OF GLASTONBURY ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–660. BYNUM v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 77–664. HINISH v. SOMERS. Ct. Sp. App. Md. Certiorari denied.

No. 77–670. STOCKHAM VALVES & FITTINGS, INC. v. JAMES ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–675. RING v. WADDINGTON, DIRECTOR OF MOTOR VEHICLES OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–678. ATLANTIC SHIPPING, INC. v. EDYNAK ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–698. VAN CURA v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 77–699. CARSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 77–701. ARTHURS v. STERN, EXECUTIVE SECRETARY, BOARD OF REGISTRATION AND DISCIPLINE IN MEDICINE OF MASSACHUSETTS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 77–705. BROWNING-FERRIS INDUSTRIES, INC. v. TIGER TRASH, A DIVISION OF JOE W. MORGAN, INC. C. A. 7th Cir. Certiorari denied.

No. 77–706. BENNETT ET AL. v. KIGGINS ET AL. Ct. App. D. C. Certiorari denied.